**David Junior SHIVELEY,**
**Petitioner–Appellant,**

v.

**Paul KIRBY, Commissioner,**
**Respondent–Appellee.**

No. 01–7789.

United States Court of Appeals,
Fourth Circuit.

Submitted March 25, 2002.

Decided April 16, 2002.

David Junior Shiveley, Appellant Pro Se. Dawn Ellen Warfield, Office of the Attorney General of West Virginia, Charleston, West Virginia, for Appellee.

Before WILLIAMS, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

David Junior Shiveley appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the ap-

peal on the reasoning of the district court. *See Shiveley v. Kirby,* No. CA–99–392 (S.D.W.Va. Sept. 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*